UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HERBY BIEN-AIME,

                                    Petitioner,

v.

JEREMY CASEY, Warden Facility administrator at the Imperial Regional Detention Facility; et al.,

                                    Respondents.

Case No.:  26-cv-3514-BJC-AHG

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

On June 12, 2026, Herby Bien-Aime ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  On June 18, 2026, the Court set a briefing schedule and issued a limited stay.  ECF No. 4.  On June 24, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief."  ECF No. 6 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall **<u>immediately release</u>** Petitioner under the previous conditions when he was released on parole on July 8, 2024. ECF No. 1 at 2.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  June 29, 2026

_Bryan Cheeks_

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-3514-BJC-AHG